United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lakia R. Rowland  
    Debtor

Case No. 14-15129-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey    Page 1 of 1    Date Rcvd: Nov 18, 2016  
                          Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.  
13375463      +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:

      ANDREW F GORNALL   on behalf of Creditor   Global Lending Services agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      ANDREW F GORNALL   on behalf of Creditor   Global Lending Servicing agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      DAVID M. OFFEN   on behalf of Debtor Lakia R. Rowland dmo160west@gmail.com, davidoffenecf@gmail.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KARROLLANNE CAYCE   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com  
      PATRICIA A. NIXON   on behalf of Creditor   QUANTUM 3 GROUP AS AGENT FOR MOMA FUNDING LLC patriciaanixon@nb.net  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                        TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-15129-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Lakia R. Rowland
844 N. 6th Street, Apt. #A12
Philadelphia PA 19123

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/17/2016.

Name and Address of Alleged Transferor(s):

Claim No. 8: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/20/16

Tim McGrath
**CLERK OF THE COURT**