**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lakia R. Rowland
    Debtor(s)

CHAPTER 13

BKY. NO. 14-15129 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3621

            Respectfully submitted,

            **/s/Thomas Puleo, Esquire**
            Thomas Puleo, Esquire
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406