UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13

Lakia R. Rowland  :  NO.   14-15129-MDC

## NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows: 1300 Hellerman Street, Unit C, Philadelphia, PA 19111.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: 1/23/17