UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         CASE NO: 14-15129
LAKIA R. ROWLAND                        CHAPTER 13
Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim #11 filed on 12/31/2014, WELLS FARGO BANK OVERDRAFT RECOVERY ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

                                                                        /s/ Allison Vaughan _____
                                                                        Allison Vaughan
                                                                        Operations Processor III
                                                                        Wells Fargo Bank
                                                                        PO Box 50014 MAC R4058-015
                                                                        Roanoke, VA 24040-0014