# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-15129-MDC

LAKIA R. ROWLAND

1300 HELLERMAN STREET
UNIT C
PHILADELPHIA, PA 19111-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LAKIA R. ROWLAND

    1300 HELLERMAN STREET
    UNIT C
    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 3/26/2019