United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15129-mdc
Lakia R. Rowland                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2                 Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db         +Lakia R. Rowland,   1300 Hellerman Street,   Unit C,   Philadelphia, PA 19111-5507
cr          ECMC,   PO BOX 16408,   SAINT PAUL, MN 55116-0408
cr        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)
13335140   +Aes/Keystone Best,   1200 N 7th St,   Harrisburg, PA 17102-1419
13448033    American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA  90051-5478
13335145   #+Central Fnl Control,   Po Box 66044,   Anaheim, CA 92816-6044
13824641    ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13335146  ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
            (address filed with court: Focus Receivables Mana,   1130 Northchase Pkwy Ste,
             Marietta, GA 30067)
13335147   #+Global Lending Service,   5 Concourse Pkwy Ne Ste,   Atlanta, GA 30328-7104
13676433   +Global Lending Services,   PO BOX 211,   Williamsville, NY 14231-0211
13362678   +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
             2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13375463   +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13450569    Wells Fargo Bank,   Overdraft Recovery,   P.O. Box 50014,   Roanoke, VA 24040-0014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:27     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:26
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:51     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:53
              QUANTUM 3 GROUP AS AGENT FOR MOMA FUNDING LLC,   P.O. Box 788,   Kirkland, WA  980830788
13335142    +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 18 2019 03:47:05     Allianceone,
              1684 Woodlands Dr Ste 15,   Maumee, OH 43537-4093
13351493     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:58:45
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
13360218     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:58:45
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
13335143    +E-mail/Text: notices@burt-law.com Sep 18 2019 03:50:47     Burton Neil & Associates, P.C.,
              1060 Andrew Drive, Suite 170,   West Chester, PA 19380-5600
13335144    +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 18 2019 03:49:48     Cbe Group,
              1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
13359895    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Country Door,
              c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13409128     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:44     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13335148    +E-mail/Text: BKRMailOPS@weltman.com Sep 18 2019 03:48:41     Kay Jewelers,   375 Ghent Rd,
              Fairlawn, OH 44333-4600
13335149    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28     Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13335152    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Midnight Velvet,
              1112 7th Ave,   Monroe, WI 53566-1364
13359891    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Midnight Velvet,
              c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13335154    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 18 2019 03:48:39     PECO,   P.O. Box 8699,
              Philadelphia, PA 19101-8699
13335155    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 04:00:47
              Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13362847     E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:53
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13335157    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Seventh Avenue,   1112 7th Ave,
              Monroe, WI 53566-1364
13363664    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Seventh Avenue,
              c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13335158    +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:50:51     Through The Country Do,
              1112 7th Ave,   Monroe, WI 53566-1364
                                                                                              TOTAL: 21
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              WELLS FARGO BANK
```

```
District/off: 0313-2           User: Stacey                Page 2 of 2                  Date Rcvd: Sep 17, 2019
                               Form ID: 138NEW             Total Noticed: 34
```

```
13335141*      +Aes/Keystone Best,    1200 N 7th St,    Harrisburg, PA 17102-1419
13335150*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13335151*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13335153*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,     PO BOX 619096,    Dallas, TX 75261-9741)
13335156*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                 TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    Global Lending Servicing agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    Global Lending Services agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Lakia R. Rowland dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARROLLANNE CAYCE    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. ecfmail@aldridgepite.com,
           kcayce@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          PATRICIA A. NIXON    on behalf of Creditor    QUANTUM 3 GROUP AS AGENT FOR MOMA FUNDING LLC
           patriciaanixon@nb.net
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lakia R. Rowland
       Debtor(s)

Bankruptcy No: 14–15129–mdc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 9/17/19

78 – 77
Form 138_new