United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 14-15129-mdc
Lakia R. Rowland                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin            Page 1 of 2           Date Rcvd: Oct 11, 2019
                            Form ID: 3180W         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Lakia R. Rowland,    1300 Hellerman Street,    Unit C,   Philadelphia, PA 19111-5507
13448033        American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
13676433       +Global Lending Services,    PO BOX 211,   Williamsville, NY 14231-0211
13362678       +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13450569        Wells Fargo Bank,   Overdraft Recovery,    P.O. Box 50014,   Roanoke, VA 24040-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 12 2019 03:06:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 03:06:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2019 03:06:35      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13351493        EDI: AIS.COM Oct 12 2019 06:53:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
13360218        EDI: AIS.COM Oct 12 2019 06:53:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
13359895       +EDI: CBS7AVE Oct 12 2019 06:53:00      Country Door,   c/o Creditors Bankruptcy Service,
                 P.O. Box 740933,   Dallas, TX 75374-0933
13824641        EDI: ECMC.COM Oct 12 2019 06:53:00      ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13409128        EDI: JEFFERSONCAP.COM Oct 12 2019 06:53:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
13359891       +EDI: CBS7AVE Oct 12 2019 06:53:00      Midnight Velvet,   c/o Creditors Bankruptcy Service,
                 P.O. Box 740933,   Dallas, TX 75374-0933
13362847        EDI: Q3G.COM Oct 12 2019 06:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13363664       +EDI: CBS7AVE Oct 12 2019 06:53:00      Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 740933,   Dallas, TX 75374-0933
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Global Lending Servicing agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    Global Lending Services agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Lakia R. Rowland dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KARROLLANNE CAYCE    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. ecfmail@aldridgepite.com,
          kcayce@ecf.inforuptcy.com
         KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com

```
District/off: 0313-2           User: admin              Page 2 of 2           Date Rcvd: Oct 11, 2019
                               Form ID: 3180W           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PATRICIA A. NIXON    on behalf of Creditor    QUANTUM 3 GROUP AS AGENT FOR MOMA FUNDING LLC
         patriciaanixon@nb.net
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                          TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lakia R. Rowland** | Social Security number or ITIN  **xxx–xx–8564** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **14–15129–mdc** | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lakia R. Rowland

10/10/19                                                  **By the court:**    Magdeline D. Coleman
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**